IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00388-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MELVIN JERROD TOLIVER,

      Defendant.

## ORDER

      Upon petition of the United States and for good cause shown,

      IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States District Judge Edward W. Nottingham on October 13, 2006 for sentencing, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

      SO ORDERED this 18th day of August, 2006.

                                   s/ Edward W. Nottingham
                                   EDWARD NOTTINGHAM, JUDGE
                                   UNITED STATES DISTRICT COURT
                                   DISTRICT OF COLORADO