IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 97-cr-00388-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MELVIN JERROD TOLIVER,

      Defendant.

## ORDER

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before United States District Judge Edward W. Nottingham on October 13, 2006 for sentencing, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 10th day of October, 2006.

                    s/ Edward W. Nottingham
                    EDWARD NOTTINGHAM, JUDGE
                    UNITED STATES DISTRICT COURT
                    DISTRICT OF COLORADO