IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter
Kurt Pierpont, Probation Officer

Date: December 1, 2006

Criminal Action No. 97-cr-00388-EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MELVIN JERROD TOLIVER,

    Defendant.

*Counsel:*

Suneeta Hazra

Richard Peddie

## SENTENCING MINUTES

**2:40 p.m.**     Court in session.

This matter is before the court on remand from the United States Court of Appeals for the Tenth Circuit for re-sentencing on Defendant's violations of supervised release conditions.

Mitigation statement by Mr. Peddie.

Statement by Defendant.

Further statement by Mr. Peddie.

Statement by Ms. Hazra.

Court's findings.

Sentencing Minutes
97-cr-00388-EWN
Judge Edward W. Nottingham
Page 2 of 2

**ORDERED:  1.**        **Supervised release is revoked.**

**ORDERED:  2.**        **Defendant is imprisoned for a term of twenty-two months.**

The court recommends FCI Englewood as the place of incarceration.

**ORDERED:  3.**        **The original sentence is vacated pursuant to the order of the Court of Appeals and this is the new sentence in the case.**
**4.**
**ORDERED:  5.**        **Defendant's Motion for Review of Detention Order (#79, filed June 15, 2005) is DENIED as moot.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:59 p.m.**        Court in recess.

Hearing concluded.

Total time in court:     00:19