# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Supervised Release) |
| v. | Case Number:  97-cr-00388-EWN-01 |
| MELVIN JERROD TOLIVER | USM Number:  27932-013 |
| | Richard Peddie (Defendant's Attorney) |

**Date of Original Judgment:**  July 7, 2005

**Reason for Amendment:**   Correction of Sentence on Remand (18 U.S.C. §  3742(f)(1) and (2)).

**THE DEFENDANT:**  Admitted guilt to violations 3 and 6 as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Notify the Probation Officer of Change in Residence | 03/01/05 |
| 6 | Failure to Report to the U.S. Probation Office in Person, within 72 hours of Release from Custody of the Bureau of Prisons | 10/08/04 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violations 1, 2, 4 and 5 and is discharged as to such violations.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 1, 2006
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

December 6, 2006
Date

DEFENDANT:  MELVIN JERROD TOLIVER
CASE NUMBER:  97-cr-00388-EWN-01                                                                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-two (22) months.

The court recommends that the Bureau of Prisons designate the defendant to Federal Correctional Institution Englewood, for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal